UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA NONI<br><br>　　　　Plaintiff,<br><br>v.<br><br>SURFSIDE SKINCARE INC d/b/a BASK SUNSCREEN and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No.: 1:24-cv-06582-JSR<br><br>[PROPOSED]<br><br>~~FORM OF~~ JUDGMENT |

 **~~FORM OF~~ JUDGMENT**

**WHEREAS**, Plaintiff Julia Noni asserted a claim for copyright infringement against Defendant Surfside Skincare d/b/a Bask Sunscreen on August 30, 2024.

**WHEREAS**, Plaintiff served Defendant with the Summons and Complaint on September 9, 2024 with Defendant's Answer due on September 30, 2024.

**WHEREAS**, Defendant failed to answer or otherwise respond to the Complaint by the required deadline and Plaintiff moved for an Entry of a Certificate of Default on October 2, 2024.

**WHEREAS,** the Clerk entered a Certificate of Default as to Defendant Surfside Skincare Inc on October 2, 2024.

**WHEREAS**, Plaintiff moved the Court for an entry of Default Judgment

1

on October 4, 2024.

**WHEREAS,** the Court granted Plaintiff's Request for Default Judgment and found Defendant liable for the copyright infringement of Plaintiff's Photograph; and for good cause shown;

**IT IS HEREBY ORDERED, ADJUGED, AND DECREED:**

1. Plaintiff's Motion for Default Judgment (Dkt # _[9]_) is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff Julia Noni and against Defendant Surfside Skincare Inc pursuant to 17 U.S.C. § 504 and 17 U.S.C. § 505.

3. Defendant and its agents shall be permanently enjoined by from infringing, by any means and inducing copyright infringement by any means, of the exclusive rights of Plaintiff, under the Copyright Act, in the Beauty Photograph on its Social Media Pages or any other website.

4. Defendant is hereby ordered to pay statutory damages for willful infringement pursuant to 17 U.S.C. § 504 in the amount of $20,000.00.

5. Defendant is hereby ordered to pay Plaintiff's attorney fees pursuant to 17 U.S.C. § 505 in the amount of $2,323.75.

6. Defendant is hereby ordered to pay Plaintiff's cost pursuant to 17 U.S.C. § 505 in the amount of $537.00.

7. Post-judgment interest shall accrue at the rate of 0.25% per annum, in accordance with 28 U.S.C. § 1961, from the day of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant

to the Plaintiff; and,

8. The Court shall retain jurisdiction of this matter for purposes of enforcing the terms of this Default Judgment.

Manhattan, New York

Dated: 10/15/24

_____
Jed Rakoff
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____