UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA NONI<br><br>  Plaintiff,<br><br>v.<br><br>SURFSIDE SKINCARE INC d/b/a BASK SUNSCREEN and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 1:24-cv-6582-JSR<br><br>[PROPOSED] ORDER SETTING ASIDE DEFAULT JUDGMENT |

The parties having informed the Court that they have jointly stipulated to have the Order Granting Plaintiff's Default Judgment, entered by this Court as Docket Entry No. 19, set aside and otherwise vacated.

**WHEREAS**, the Parties have reached a settlement in the above referenced action; and

**WHEREAS**, as part of that settlement, the Parties have agreed to stipulate to have the Default Judgment, entered on the docket as Docket Entry No. 19, set aside; and

**WHEREAS**, this Court, based on the Parties' Joint Stipulation, filed as Docket Entry No. 22, and pursuant to F.R.C.P § 55(c), finds good cause for the Default Judgment to be set aside;

**IT IS**, on this ___ day of February 2025,

**ORDERED** that the Court's Order Granting Plaintiff's Motion For Default Judgment (Dkt Entry No. 19), is set aside and otherwise vacated.

**ORDERED** that the Parties are directed to file a Stipulation of Voluntary Dismissal within 7 days of this Order.

_____
Hon. U.S. District Judge
Jed S. Rakoff          3-13-25